UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| JAMES V. ADAMS,<br><br>               Plaintiff,<br><br>     v.<br><br>ELDON VAIL et al.,<br><br>               Defendant. | CASE NO. C12-5286 BHS-JRC<br><br>REPORT AND RECOMMENDATION<br><br>NOTED FOR: JANUARY 16, 2013 |

      The District Court has referred this 42 U.S.C. §1983 civil rights action to the undersigned Magistrate Judge. The authority for the referral is found in 28 U.S.C. §§ 636(b)(1)(A) and (B) and Local Magistrate Judges Rules MJR 1, MJR 3, and MJR 4.

      The parties have reached an agreed settlement in this case. The parties have filed a stipulated motion to dismiss the action with prejudice and without costs to either party (ECF No. 25). A copy of the proposed settlement agreement and a proposed order are attached to the parties' motion (ECF No. 25, Exhibit 1, and proposed order).

      The Court recommends entry of the proposed order dismissing the action. The Court has not set a noting date 21 days from now because the parties have stipulated to dismissal. The

REPORT AND RECOMMENDATION - 1

1  Court recommends entry of the order dismissing the action when the District Court receives this
2  Report and Recommendation.

3      Dated this 16th day of January, 2013.

                                                                                    *[signature]*

                                                        J. Richard Creatura
                                                        United States Magistrate Judge