1  DISTRICT JUDGE BENJAMIN H. SETTLE
   MAGISTRATE JUDGE J. RICHARD CREATURA
2

3

4  **UNITED STATES DISTRICT COURT**
   **WESTERN DISTRICT OF WASHINGTON AT TACOMA**

5  JAMES V. ADAMS,                          NO.  C12-5286 BHS-JRC

6                        Plaintiff,         STIPULATED ORDER
                                            DISMISSING ACTION WITH
7       v.                                  PREJUDICE

8  ELDON VAIL, et al.,

9                        Defendants.

10      Pursuant to the stipulated motion to dismiss and the attached settlement agreement of

11  the Parties, which has been filed with the Court, it is hereby ordered that this action is

12  dismissed with prejudice and without costs or fees to any party.  This Court shall retain

13  jurisdiction to enforce the terms of the settlement agreement in this action.

14      DATED this 22nd day of January, 2013.

15

16

17

18  BENJAMIN H. SETTLE
    United States District Judge

19  Presented by:

20

    s/ Douglas W. Carr                          1/8/13
21  DOUGLAS W. CARR, WSBA #17378            DATE
    Assistant Attorney General
22  Attorney for Defendants

23

    s/ James V. Adams                           12/20/2012
24  JAMES V. ADAMS.                         DATE
    Plaintiff, Pro Se
25

26

STIPULATED ORDER DISMISSING              1        **ERROR! AUTOTEXT ENTRY NOT DEFINED.**
ACTION WITH PREJUDICE
No. C12-5286 BHS-JRC