DISTRICT JUDGE BENJAMIN H. SETTLE
MAGISTRATE JUDGE J. RICHARD CREATURA

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON AT TACOMA

| | |
|---|---|
| JAMES V. ADAMS,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>ELDON VAIL, et al.,<br><br>　　　　　　Defendants. | NO. C12-5286 BHS-JRC<br><br>STIPULATED ORDER DISMISSING ACTION WITH PREJUDICE |

Pursuant to the stipulated motion to dismiss and the attached settlement agreement of the Parties, which has been filed with the Court, it is hereby ordered that this action is dismissed with prejudice and without costs or fees to any party. This Court shall retain jurisdiction to enforce the terms of the settlement agreement in this action.

DATED this 22nd day of January, 2013.

_[signature]_
BENJAMIN H. SETTLE
United States District Judge

Presented by:

s/ Douglas W. Carr　　　　　　　　　　1/8/13
DOUGLAS W. CARR, WSBA #17378　　DATE
Assistant Attorney General
Attorney for Defendants


s/ James V. Adams　　　　　　　　　　12/20/2012
JAMES V. ADAMS.　　　　　　　　　　DATE
Plaintiff, Pro Se